**97–1178.   State ex rel. Strothers v. Lakewood.**
In Mandamus.   On motion to dismiss of city of Lakewood.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1223.   Patterson v. Tebe.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1224.   Floyd v. Walker.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1229.   State ex rel. Hall v. Court of Appeals, Sixth App. Dist.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**97–1265.   State ex rel. Browing v. Civ. Div., Franklin Cty. Court of Common Pleas.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1266.   King v. State.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1378.   Cole v. Ohio Adult Parole Auth.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1392.   Wright v. Court of Common Pleas, Franklin Cty.**
In Mandamus and Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1412.   State ex rel. Lunsford v. Wingard.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1425.   Doss v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1468.   State ex rel. Pierce v. Wingard.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1471.   Askew v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1481.   State ex rel. Bob Evans Farms, Inc. v. Licking Cty. Bd. of Elections.**
In Mandamus.   On answer of respondent, motion to dismiss, motion for leave to intervene of Carl Wilkenfield, James R. Jump and Mary V. Fellabaum, and answer of intervening respondents.   Motion for leave to intervene granted;   motion to dismiss sustained;   cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.